1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.    CR-05-2047-WFN |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | ORDER |
| | ) | |
| GUILLERMO S. GARCIA, | ) | |
| Defendant. | ) | |

A first pretrial conference and motion hearing was held June 2, 2005. The Defendant, who is in custody, was present and represented by Ricardo Hernandez in place of George Trejo; Assistant United States Attorney Jane Kirk represented the Government. Pending before the Court were various pretrial motions filed by Mr. Trejo on May 31, 2005. The Government has not yet had an opportunity to respond to these motions as they were filed two days before the pretrial conference hearing.

The Court has reviewed the file and is fully informed. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that:

1.  All pending pretrial motions are **RESERVED to June 30, 2005, at 11:15 a.m., in Yakima**, Washington. Counsel shall advise the Court if testimony will be required on Defendant's Motion to Suppress Post-Arrest Statements and/or Defendant's Motion to Suppress Illegally Obtained Evidence so that the Court may calendar those motions appropriately.

ORDER - 1

2.  The final pretrial conference and jury trial date of **July 25, 2005, in Yakima**, Washington are **CONFIRMED**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 7th day of June, 2005.


                                        s/ Wm. Fremming Nielsen
                                   WM. FREMMING NIELSEN
06-06                              SENIOR UNITED STATED DISTRICT JUDGE

ORDER - 2